UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ROBERT NOLAN, on his own behalf and**
on behalf on those similarly situated

    **Plaintiff,**

v.                                                               Case No: 5:13-cv-426-Oc-10PRL

**LETS OF OCALA, LLC and AYANNA**
**MITCHELL**

    **Defendants.**

## ORDER

This case comes before the Court for consideration of Plaintiff's Motion to extend time to obtain service on Defendant Ayanna Mitchell (Doc. 9), and Plaintiff's Motion to Extend Time to File Motion for Final Default Judgment (Doc. 10).

Plaintiff initiated this action on September 5, 2013 (Doc. 1), and service was executed as to Defendant Lets of Ocala, LLC on October 24, 2013. (Doc. 6). Plaintiff subsequently moved for Clerk's entry of default, and the Clerk's entry of default was entered on December 10, 2013 as to Let's of Ocala, LLC. (Doc. 8).

Plaintiff now requests an extension of time until February 6, 2013 to compete service upon Defendant Ayanna Mitchell. (Doc. 9). Plaintiff also requests an extension of time to file a motion for final default judgment against Defendant Lets of Ocala, LLC, arguing that additional time is needed to complete the motion. Plaintiff suggests that it would be more efficient to wait until service is completed on Defendant Mitchell, so that the Court could entertain one single motion for default judgment pertaining to both defendants, rather than deal with piecemeal

motions. (Doc. 10). Plaintiff suggests an extension until the earlier of either March 30, 2014, or 30 days after Clerk's entry of default as to Defendant Ayanna Mitchell, should she fail to respond to the Complaint after service. The Court, however, is disinclined to grant a lengthy extension based upon uncertain events.

Accordingly, upon due consideration, it is **ORDERED** that Plaintiff's Motion to extend time to obtain service (Doc. 9) is **GRANTED,** and Plaintiff shall have until February 6, 2014 within which to complete service upon Defendant Ayanna Mitchell. Plaintiff's Motion to Extend Time to File Motion for Final Default Judgment (Doc. 10) is **GRANTED IN PART**, and Plaintiff shall have until February 6, 2014 within which to file a motion for final default judgment against Defendant Lets of Ocala, LLC.

**DONE** and **ORDERED** in Ocala, Florida on January 8, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties